In the Matter of Thomas Lawson et al., Appellants, v. Board of Education of Vestal Central School District No. 1, Town of Vestal, Respondent. Louis J. Lefkowitz, as Attorney-General of the State of New York, Intervenor-Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur. [62 Misc 2d 281.]